IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| MISTY DILLINGER | PLAINTIFF | |
|---|---|---|
| vs. | | Case No.: |
| JAMELL CONTRACTORS, LLC | DEFENDANT | 4:22-CV-1097-DPM |

# ANSWER TO COMPLAINT

COMES NOW Jamell Contractors, LLC, by and through its attorney, and for its answer states:

1. That the allegations of paragraphs 5, 7, 16, 17, 40, and 49 are admitted.

2. That the defendant lacks sufficient information to admit or deny the paragraphs 10, 11, and 13 and therefore denies the same.

3. That, as to paragraph 18, the defendant admits it is an employer under federal and state law but denies the remaining allegations of the paragraph.

4. That any allegation not admitted is denied.

5. That, as an affirmative defense, the defendant is a construction company and does not own a restaurant.

6. That, as an affirmative defense, the defendant is the construction company for the restaurant in which the plaintiff was employed.

7. That, as an affirmative defense, the defendant has never employed the plaintiff.

8. That defendant raises the following, additional, affirmative defenses: estoppel; failure or want of consideration; release; and waiver.

9. That the defendant reserves the right to amend this answer to add or remove additional affirmative defenses or otherwise plead further.

10. That the defendant demands a jury trial on all issues so triable.

**WHEREFORE**, having answered and denied liability, this honorable court should grant judgment in the defendant's favor; for attorney's fees and costs; and for all other just and proper relief.

Respectfully Submitted,

LANCASTER LAW FIRM, PLLC
P.O. Box 1295
Benton, AR 72018
P: (501) 776-2224
F: (501) 778-6186
clint@thelancasterlawfirm.com

By: /S/ CLINTON W. LANCASTER
Clinton W. Lancaster, 2011179

## CERTIFICATE OF SERVICE

By my signature above, I certify that a copy of the foregoing has been delivered by the below method to the following person or persons:

[ ] First Class Mail  [ ] Facsimile  [ ] Email  [X] AOC/ECF  [ ] Hand Delivery

All attorneys of Record