IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MISTY DILLINGER**                                                                        **PLAINTIFF**

v.                                      No. 4:22-cv-1097-DPM

**JAMELL CONTRACTORS LLC**                                          **DEFENDANT**

## ORDER

The Court notes the joint report of discovery dispute, *Doc. 13*. Jamell Contractors's objections are overruled. Dillinger's Fair Labor Standards Act and Arkansas Minimum Wage Act claims remain pending. While the company may believe that Dillinger was not an employee, information relevant to her minimum wage and overtime claims is still discoverable. The company may reserve and preserve its legal defenses while responding to the discovery in full.

Jamell Contractors must provide its supplemental responses and production by 12 February 2024. Joint report, *Doc. 13*, addressed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>11 January 2024</u>