IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MISTY DILLINGER                                                         PLAINTIFF

v.                              No. 4:22-cv-1097-DPM

JAMELL CONTRACTORS LLC                                      DEFENDANT

ORDER

The joint motion, *Doc. 29*, is granted.  The proposed settlement is fair, reasonable, and adequate.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018).  It reflects a good-faith compromise of the parties' wage-related dispute.  And the attorney's fee, though allocated in the settlement agreement, was negotiated separately.  The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 May 2024