# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MISTY DILLINGER**                                                                     **PLAINTIFF**

v.                              No. 4:22-cv-1097-DPM

**JAMELL CONTRACTORS LLC**                           **DEFENDANT**

## JUDGMENT

Dillinger's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 July 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_____
31 May 2024