IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MISTY DILLINGER                                                          PLAINTIFF

v.                          No. 4:22-cv-1097-DPM

JAMELL CONTRACTORS LLC                           DEFENDANT

ORDER

The Court's jurisdiction to enforce the parties' settlement expired in July 2024, before Dillinger filed her motion seeking to enforce that agreement. *Doc. 31*. Her motion, *Doc. 32*, is therefore denied without prejudice for lack of jurisdiction. *4:20 Communications, Inc. v. Paradigm Co.*, 336 F.3d 775, 778 (8th Cir. 2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2024